# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR60-JFB-FG3 |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| JAMES M. CAVALIERI, | ) | THE INDICTMENT |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, JAMES M. CAVALIERI, pursuant to Motion of the United States (Filing No. 69).

DATED this 13th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge